618

BRICKEN, Presiding Judge.

The indictment charged that appellant (naming him) with intent to steal broke into and entered the shop or store or warehouse of Graham-Brooks Grocery Company, a corporation, in which goods or merchandise, things of value, were kept for use, sale, or deposit, etc. The trial resulted in his conviction of burglary as charged in the indictment, and judgment of conviction was duly pronounced and entered. The court, as the law requires, sentenced him to serve an indeterminate term of imprisonment in the penitentiary. An appeal was taken to this court. No point of decision is presented other than the regularity of the proceedings in the court below as shown by the record. We find the record regular in all things; hence the judgment of conviction appealed from will stand affirmed.

Affirmed.

163 So. 904

### C. E. BAKER v. STATE.
8 Div. 230.

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

163 So. 904

### Dike BAKER v. STATE.
8 Div. 215.

Court of Appeals of Alabama.
Nov. 5, 1935.

SAMFORD, Judge.
Affirmed.

159 So. 912

### J. L. BAKER v. STATE.
8 Div. 982.

Court of Appeals of Alabama.
Feb. 26, 1935.

RICE, Judge.
Affirmed.

155 So. 916

### Loyd BALENTINE v. STATE.
8 Div. 833.

Court of Appeals of Alabama.
May 22, 1934.

Raymond Murphy, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

161 So. 914

### Sam BALLEW v. STATE.
8 Div. 997.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

163 So. 905

### BANK OF FLORALA v. R. E. WILLIAMS.
4 Div. 145.

Court of Appeals of Alabama.
June 25, 1935.
Rehearing Denied Oct. 29, 1935.

J. L. Murphy, of Andalusia, for appellant.

Rowe & Rowe, of Elba, for appellee.

RICE, Judge.

Affirmed on authority of Bank of Florala v. Williams, 230 Ala. 676, 163 So. 321.